In the Matter of the Application of RUBY H. SMITH, as Executrix, etc., and Others, Residuary Legatees of JAMES L. HUNN, Deceased. ALTON J. WIGHTMAN, as Special Guardian of ALLEN J. HUNN, an Incompetent Person, Appellant; RUBY H. SMITH, as Executrix, etc., DOROTHY S. BROWN and Others, Residuary Legatees, and LYMAN C. SHULTS, as Special Guardian of JAMES SMITH, an Infant,

Respondents.— Order affirmed, with ten dollars costs and disbursements. All concur. (The order denies a motion to dismiss a discovery proceeding.) Present — Crosby, P. J., Cunningham, Taylor, Dowling and McCurn, JJ.